

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00350-CV

Ron **LUMMUS**,
Appellant

v.

Benita **LUMMUS**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-01-0054-CVA
Honorable Bob Brendel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's May 16, 2022 order is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED January 18, 2023.

_____
Beth Watkins, Justice